Mr. Cooper
P.O. Box 9095
Temecula, CA 92589-9095

Send Payments to:
Mr. Cooper
PO Box 650783
Dallas, TX 75265-0783

2332644089

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20180514-160

AMIE DOAK
8 EDGEWATER LN
HERMON, ME 04401-0738





PLAINTIFF'S EXHIBIT G



**Mr. Cooper**
8950 Cypress Waters Blvd.
Dallas, TX 75019

OUR INFO
ONLINE
www.mrcooper.com

05/14/2018

AMIE DOAK
8 EDGEWATER LN
HERMON, ME 04401-0738

Loan Number:
Investor Name: Federal National Mortgage Association
Property Address: 8 EDGEWATER LANE
HERMON, ME 04401

Dear AMIE DOAK:

If you are represented by an attorney, please send this notice to your attorney.

Mr. Cooper is the mortgage loan servicer for the above referenced loan.

This notice is being sent as required by the terms of the security instrument securing your mortgage loan.

Your loan is currently past due for the 03/01/2018 payment and is due for all payments from and including that date. The failure to make these payments is a default under the terms and conditions of the mortgage loan.

As of **05/14/2018 the amount of the debt that must be paid to cure the default is $2,547.44, which includes the sum of payments that have come due on and after the date of default 03/01/2018**, any late charges, periodic adjustments to the payment amount (if applicable), attorney fees and expenses of collection. The total amount due to cure the default does not include any amounts that become due after the date of this notice.

| | | |
|---|---|---|
| Next Payment Due Date: | | 03/01/2018 |
| Total Monthly Payments Due: | | $2,482.38 |
| Late Charges: | | $50.06 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $15.00 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$2,547.44** |

All reinstatement payments must be made payable in **certified funds, cashier's check or money order(s)** and mailed to **Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783** or overnight delivery to **Mr. Cooper, Attn.**

**Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.**
Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.



**Payment Processing, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.** You may call Mr. Cooper at 888-480-2432 if you have questions regarding your account or write to Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019.

**$2,547.44** must be paid by the 38th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter) in order to cure the default.

Your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, the next payment due on 06/01/2018 is still due on 06/01/2018 (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).

Failure to pay **$2,547.44** by the 38th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter), may result in acceleration of the sums secured by the Security Instrument, foreclosure proceedings and sale of the property.

In the event of acceleration, you have the right to reinstate the loan after acceleration and the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under this Security Instrument, and to present any other defenses that you may have.

If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had not been required.

You have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged.

This default, and any legal action that may occur as a result, may be reported to one or more local and national credit reporting agencies by Mr. Cooper.

If you request in writing, Mr. Cooper will not contact you by phone at your place of employment. Furthermore, if you request in writing not to be contacted, Mr. Cooper will not contact you, except to send statutorily and/or contractually required legal notice(s).

You may have options available to you to help you avoid foreclosure. You may discuss available options with Mr. Cooper, the Investor or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of your right-to-cure period. Please call Mr. Cooper's Foreclosure Prevention Department at 888-480-2432 for additional information or to request an interview for the purpose of resolving the past due account. You may also visit https://www.mrcooper.com/support/mortgage_assistance for additional information, to see what options may be available to you, and to submit an application for assistance.

All homeowners are eligible for housing counseling services through the U.S. Department of Housing and Urban Development (HUD). We have also attached a list, including the name, address and telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers. You may also call the Homeownership Preservation Foundation at 1-888-995-HOPE (4673) or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore

options for avoiding foreclosure judgment. To determine whether this option is available, contact Mr. Cooper Foreclosure Prevention at 888-480-2432, or by mail at 8950 Cypress Waters Blvd., Dallas, TX 75019, or visit www.mrcooper.com for additional information and to see what options are available.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify Mr.Cooper immediately. Please notify us of your active duty status in order to receive an interest rate reduction to 6%. Notice must be received no later than 180 days after your military services ends. It is not necessary to notify us of your military status in order to obtain foreclosure protection; however, we will be better able to assist you if you notify us of your military status as soon as possible. When contacting Mr. Cooper as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at Military OneSource (www.militaryonesource.mil; 1-800-342-9647), Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and HUD-certified housing counseling agencies (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You may also call Mr.Cooper toll-free at 888-480-2432 if you have questions about your rights under SCRA.

Please disregard this notice if a payment sufficient to cure the default has already been sent.

Sincerely,

Sandra Cline
Dedicated Loan Specialist
Mr. Cooper
866-316-2432 ext. 4670521
8950 Cypress Waters Blvd.
Dallas, TX 75019



ME_NOI
Page 3 of 4

2332644089

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Website:** http://www.mainehousing.org

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy.
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Website:** http://waldocap.org

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Ave Ste 202
Portland, Maine 04101-4982
**Website:** http://cflme.org/

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St 5Th Floor
Portland, Maine 04101
**Website:** http://www.moneymanagement.org

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Website:** http://www.ptla.org

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Website:** http://www.acap-me.org

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Website:** http://www.yccac.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Square
SOUTH PARIS, Maine 04281-1533
**Website:** www.community-concepts.org

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Website:** http://www.kvcap.org



Nationstar Mortgage, LLC  
P.O. Box 9095  
Temecula, CA 92589-9095

PS form 3665  
Type of Mailing:  
CERTIFICATE OF MAILING  
May 14, 2018



*1005765*

| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|
| 43 | | | |

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 1 | 81741985 | 2332643681 | JOHN S ZABLOTNY<br>131 SMITHSFIELD RD<br>STEUBEN, ME 04680 | $0.680 | $0.40 |
| 2 | 81741985 | 2332643682 | JOHN S ZABLOTNY<br>131 UNIONVILLE RD<br>STEUBEN, ME 04680 | $0.680 | $0.40 |
| 3 | 81741985 | 2332643683 | TONYA ZABLOTNY<br>131 SMITHSFIELD RD<br>STEUBEN, ME 04680 | $0.680 | $0.40 |
| 4 | 81741985 | 2332643684 | TONYA ZABLOTNY<br>131 UNIONVILLE RD<br>STEUBEN, ME 04680 | $0.680 | $0.40 |
| 5 | 216302835 | 2332644084 | JILL L BUZZELL<br>41 FREE ST<br>LISBON, ME 04252-1919 | $0.680 | $0.40 |
| 6 | 596422300 | 2332644085 | BRUCE T SAUNDERS<br>PO BOX 3104<br>BREWER, ME 04412-3104 | $0.680 | $0.40 |
| 7 | 596422300 | 2332644086 | BRUCE T SAUNDERS<br>750 N MAIN ST<br>BREWER, ME 04412-1222 | $0.680 | $0.40 |
| 8 | 596422300 | 2332644087 | KATHLEEN M SAUNDERS<br>PO BOX 3104<br>BREWER, ME 04412-3104 | $0.680 | $0.40 |
| 9 | 596422300 | 2332644088 | KATHLEEN M SAUNDERS<br>750 N MAIN ST<br>BREWER, ME 04412-1222 | $0.680 | $0.40 |
| 10 | | 2332644089 | AMIE DOAK<br>8 EDGEWATER LN<br>HERMON, ME 04401-0738 | $0.680 | $0.40 |
| 11 | 596462549 | 2332644090 | LOYALL F SEWALL<br>193 BERRYS MILL RD<br>WEST BATH, ME 04530-6371 | $0.680 | $0.40 |
| 12 | 596462549 | 2332644091 | LOYALL F SEWALL<br>40 OAK ST<br>WESTBROOK, ME 04092-4730 | $0.680 | $0.40 |
| 13 | 596899807 | 2332644092 | RANDALL S SANDERSON<br>376 RATTLESNAKE HILL RD<br>AUBURN, NH 03032-3729 | $0.680 | $0.40 |
| 14 | 596899807 | 2332644093 | RANDALL S SANDERSON<br>1 GERRISH CT<br>KITTERY, ME 03904-1605 | $0.680 | $0.40 |
| 15 | 607466364 | 2332644094 | STEVEN J FENDERSON<br>211 PINE DR<br>MONMOUTH, ME 04259-7424 | $0.680 | $0.40 |
| 16 | 607466364 | 2332644095 | SANDRA J FENDERSON<br>211 PINE DR<br>MONMOUTH, ME 04259-7424 | $0.680 | $0.40 |
| 17 | 608063533 | 2332644096 | GEORGE C BENNER<br>PO BOX 271<br>N WATERBORO, ME 04061-0271 | $0.680 | $0.40 |
| 18 | 608063533 | 2332644097 | GEORGE C BENNER<br>29 PINE TREE DRIVE<br>WATERBORO, ME 04030 | $0.680 | $0.40 |
| 19 | 608063533 | 2332644098 | CAROL H BENNER<br>PO BOX 271<br>N WATERBORO, ME 04061-0271 | $0.680 | $0.40 |
| 20 | 608063533 | 2332644099 | CAROL H BENNER<br>29 PINE TREE DRIVE<br>WATERBORO, ME 04030 | $0.680 | $0.40 |
| 21 | 608179271 | 2332644100 | EMELY RUCKER<br>PO BOX 381<br>ORLAND, ME 04472-0381 | $0.680 | $0.40 |
| 22 | 608179271 | 2332644101 | EMELY RUCKER<br>77 CASTINE RD<br>ORLAND, ME 04472 | $0.680 | $0.40 |

Nationstar Mortgage, LLC  
P.O. Box 9095  
Temecula, CA 92589-9095

PS form 3665  
Type of Mailing:  
CERTIFICATE OF MAILING  
May 14, 2018



*1005765*

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 23 | 608246047 | 2332644102 | JOHN HALEY<br>229 MAIN ST<br>BROWNFIELD, ME 04010-4703 | $0.680 | $0.40 |
| 24 | 608276739 | 2332644103 | FRANK W CHASE JR<br>205 CAMBELL SHORE RD<br>GRAY, ME 04039-9623 | $0.680 | $0.40 |
| 25 | 608563936 | 2332644104 | HOLLY K COPLAND<br>53 DAVIS AVE<br>AUBURN, ME 04210-4701 | $0.680 | $0.40 |
| 26 | 609742507 | 2332644105 | MARK J WEBSTER<br>662 COLES HILL RD<br>WELLS, ME 04090-5707 | $0.680 | $0.40 |
| 27 | 609742507 | 2332644106 | JESSICA B STANDISH<br>662 COLES HILL RD<br>WELLS, ME 04090-5707 | $0.680 | $0.40 |
| 28 | 624788626 | 2332644107 | STACY J HAMEL<br>186 BOOTF N SADDLE RD<br>PALERMO, ME 04354 | $0.680 | $0.40 |
| 29 | 624788626 | 2332644108 | STACY J HAMEL<br>115 HIGHLAND AVE<br>GARDINER, ME 04345-1805 | $0.680 | $0.40 |
| 30 | 624788626 | 2332644109 | GERALDINE HAMEL<br>186 BOOTF N SADDLE RD<br>PALERMO, ME 04354 | $0.680 | $0.40 |
| 31 | 624788626 | 2332644110 | GERALDINE HAMEL<br>115 HIGHLAND AVE<br>GARDINER, ME 04345-1805 | $0.680 | $0.40 |
| 32 | 625414834 | 2332644111 | ALAN NICHOLS<br>100 MILTON AVE<br>SANFORD, ME 04073-4194 | $0.680 | $0.40 |
| 33 | 629119132 | 2332644112 | JOHN A FLAHERTY<br>20 DAVENPORT RD<br>PLYMOUTH, MA 02360-1608 | $0.680 | $0.40 |
| 34 | 629119132 | 2332644113 | JOHN A FLAHERTY<br>23 GAMMON POND RD<br>NEW PORTLAND, ME 04961 | $0.680 | $0.40 |
| 35 | 629119132 | 2332644114 | MARGARET FLAHERTY<br>20 DAVENPORT RD<br>PLYMOUTH, MA 02360-1608 | $0.680 | $0.40 |
| 36 | 629119132 | 2332644115 | MARGARET FLAHERTY<br>23 GAMMON POND RD<br>NEW PORTLAND, ME 04961 | $0.680 | $0.40 |
| 37 | 630055564 | 2332644116 | EVE M GATES<br>179 WILLIAM ST<br>NEW BEDFORD, MA 02740-6021 | $0.680 | $0.40 |
| 38 | 630055564 | 2332644117 | EVE M GATES<br>15 CEDAR LN<br>INDUSTRY, ME 04938 | $0.680 | $0.40 |
| 39 | 631054624 | 2332644118 | BRUCE KIMBALL<br>450 NEWFIELD RD<br>SHAPLEIGH, ME 04076-3014 | $0.680 | $0.40 |
| 40 | 635243363 | 2332644119 | HEIDI HUCKINS<br>68 RIDER BLUFF RD<br>HOLDEN, ME 04429-7102 | $0.680 | $0.40 |
| 41 | 635243363 | 2332644120 | BARBARA M HILDEBRANT<br>68 RIDER BLUFF RD<br>HOLDEN, ME 04429-7102 | $0.680 | $0.40 |
| 42 | 639105659 | 2332644121 | DEBRA HARNEY<br>273 MITCHELL RD<br>CAPE ELIZABETH, ME 04107-1253 | $0.680 | $0.40 |
| 43 | 639105659 | 2332644122 | OWEN HARNEY<br>273 MITCHELL RD<br>CAPE ELIZABETH, ME 04107-1253 | $0.680 | $0.40 |

Totals $29.24 $17.20

Grand Total: $46.44

Hasler  
05/14/2018  
US POSTAGE