
**mr. cooper**
CHANGING THE FACE OF HOME LOANS
8950 Cypress Waters Blvd.
Coppell, TX 75019

## MORTGAGE PAYOFF STATEMENT

### CONTACT INFORMATION
Customer Service: 888-480-2432
Monday through Thursday from 7 a.m. to 8 p.m. (CT),
Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT)
www.mrcooper.com

AMIE DOAK
8 EDGEWATER LANE
HERMON, ME 04401

Seq#: 000029

| | |
|---|---|
| Statement Date: | 8/17/18 |
| Payment Due Date: | 3/1/18 |
| Loan Number: | |
| Loan Type: | CONV |
| Investor Number: | 270 |
| Property Address: | 8 EDGEWATER LANE HERMON, ME 04401 |
| Customer Fax: | 9789214870 |

These figures are projected for a closing date of: 9/15/18

### QUOTE CALCULATION DETAIL
| | |
|---|---|
| Current Unpaid Principal Balance: (at annual interest rate of 4.250%) | $113,205.65 |
| Interest calculated from: 2/1/18 to 9/15/18 | $2,991.12 |
| Late Fees | $100.12 |
| Lender Paid Expenses | $900.00 |
| Escrow Advances | $1,493.26 |
| Legal Fees | $1,500.00 |
| ~~County Recording Fee~~ | ~~$23.00~~ |
| **Total Amount to Pay Loan In Full (through 9/15/18)** | **$120,213.15** |

\*$120,190.15

### SUMS AS OF QUOTE DATE
| | |
|---|---|
| Principal and Interest | $500.68 |
| Escrow Payment | $326.78 |
| **Monthly Mortgage Payment** | **$827.46** |
| Escrow Balance* | $0.00 |
| Unapplied Funds Balance** | $0.00 |
| Daily Interest Per Diem | $13.18 |

*Escrow balance cannot be used as a credit toward payoff. Escrow Balance is subject to change and may not be used towards the payoff of the loan unless authorization from mortgagor(s) is received.
**The Unapplied funds balance is subject to change.

### PROJECTED ESTIMATED DISBURSEMENTS
| Estimated Disbursements | Due Date | Amount |
|---|---|---|
| TOWN TAX | 4/1/19 | $901.58 |
| HAZARD SFR | 12/29/18 | $2,326.00 |

We reserve the option to make disbursements of all escrow items (hazard, flood, PMI/MIP, taxes, etc) up to the date of payoff. It is the responsibility of the borrower(s) and their closing agent to obtain a refund should a double payment occur.

**Continue to make scheduled payments.** If payoff is received after 9/15/18 and a payment has not been made, a **late charge** may be assessed and should be added to the payoff amount due. Do not stop payment on any payments remitted prior to your payoff closing date. If any payment previously applied to this account is returned or dishonored for any reason, the payoff amount will be insufficient.

Total amount due is good through **9/15/18**. Funds received after that date or funds that cannot be posted due to missing or incorrect information will require an additional **$13.18 of interest per day.** Funds that cannot be clearly identified will be returned and additional fees, costs and disbursements will continue to accrue.

This payoff quote is good through the date listed above. However, if you are in default and there is a foreclosure sale scheduled prior to the expiration of the good through date listed above, you MUST contact us prior to the foreclosure sale for an updated payoff amount. Payoff funds should be overnighted to us at least 24 hours prior to the sale date to ensure that the foreclosure is cancelled and that you remain in possession of the your home.

### PAYMENT INSTRUCTIONS

**WIRING INSTRUCTIONS:**

Account#: 40590000596441057
ABA/Routing Number: 121000248
Bank Name: Wells Fargo Bank, N.A.
Bank Address: 420 Montgomery Street
San Francisco, CA 94104

**CASHIER'S CHECKS* VIA OVERNIGHT DELIVERY:**

Cashier's Checks* must be made payable to
Mr. Cooper and mailed to:
Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

*Customer Name, Loan Number, and Property Address should be provided on all cashier's checks and correspondence.

### PAYMENT INSTRUCTIONS
**PAYOFF FUNDS MUST BE REMITTED VIA WIRE TRANSFER OR CASHIER'S CHECK ONLY**

We do not accept personal checks, third party checks, attorney/ trustee checks, money orders, ach/arc entries, direct deposit, internal bank-to-bank adjustments or other negotiable instruments. Check instruments stamped with verbiage "certified funds" do not suffice. Any payoff proceeds received that are not in the form of a cashier's check or wire will be returned to the sender. Additional fees, costs, disbursements and interest may continue to accrue on the loan until the adequate payoff funds are received to satisfy the mortgage.

Funds must be received by 5:00 pm (CT) for same day processing. Funds received after 5:00 pm (CT) will be posted the following business day. Payoff funds are not posted on weekends or holidays. Interest will continue to accrue on the loan for these days.

All payoff figures are subject to final verification of the note holder. We may adjust any portion of this statement, at any time, for the following reasons, including, but not limited to: escrow disbursements made on behalf of the member, fee advances, items returned by your financial institution including previously made payments, additional fees or charges, and any good faith and/or inadvertent clerical errors.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes, not an attempt to collect a debt from you personally.


PLAINTIFF'S EXHIBIT I



If you do not send sufficient funds to pay your loan in full we will complete the payoff utilizing funds from your escrow account when express authorization is received. Interest will continue to accrue until we receive full payment.

Upon processing of payment in full, and within state specified guidelines, the necessary documents will be forwarded to the Trustee and/or County Recorder's Office to release our lien. When applicable, and as mandated by state guidelines, any overpayment or remaining escrow funds will be disbursed off the loan no more than 20 business days after the payoff has occurred and will subsequently be mailed thereafter. If you are moving, please provide your new mailing address for refunds, year-end statements and other documents.

We will not provide a verbal payoff quote.

If you are currently enrolled in an E-Pay/Direct Pay/ACH Payment Program, please ensure you discontinue that service in an effort to avoid any unnecessary debits against your bank account.