**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **Federal National Mortgage Association** | |
| **Plaintiff** | |
| vs. | CIVIL ACTION NO: 1:18-cv-00393-LEW |
| **Amie Doak** | |
| | RE: |
| **Defendant** | 8 Edgewater Lane, Hermon, ME 04401 |
| | Mortgage: |
| | August 22, 2007 |
| | Book 11102, Page 184 |

### CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, Federal National Mortgage Association, and the Defendant, Amie Doak and hereby submits this Consent Judgment of Foreclosure and Sale.

Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pays Federal National Mortgage Association ("FNMA") the amount adjudged due and owing ($123,906.00) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, FNMA shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.

2. If the Defendant or his/her heirs or assigns does not pay FNMA the amount adjudged due and owing ($123,9060.00) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Hermon Property shall terminate, FNMA shall conduct a public sale of the Hermon

Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $123,906.00 after deducting the expenses of the sale, with any surplus to the Defendants, or their heirs or assigns, in accordance with 14 M.R.S.A. § 6324. FNMA may not seek a deficiency judgment against the Defendants pursuant to the Defendants' discharge in bankruptcy.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $123,906.00.

5. The priority of interest is as follows:

   a. Federal National Mortgage Association has first priority, in the amount of $123,906.00, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant, who have second priority.

   b. Amie Doak has second priority behind the Plaintiff.

6. No public utility easements survive the foreclosure.

7. The prejudgment interest rate is 8.25000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 7.76%, *see* 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |

DEFENDANT          Amie Doak                    Pro Se
                   38 Simon Court, Apt. 1
                   Old Town, ME 04468

a) The docket number of this case is No. 1:18-cv-00393-DBH.

b) The Defendant, the only party to these proceedings besides FNMA, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 8 Edgewater Lane, Hermon, ME 04401, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 8 Edgewater Lane, Hermon, ME 04401. The Mortgage was executed by the Defendant on August 22, 2007. The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 11102, Page 184.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 8 Edgewater Lane, Hermon, ME 04401.

Dated:   January 7, 2019            /s/Reneau J. Longoria, Esq.
                                    John A. Doonan, Esq., Bar No. 3250
                                    Reneau J. Longoria, Esq., Bar No. 5746
                                    Doonan, Graves & Longoria, LLC
                                    100 Cummings Center
                                    Suite 225D
                                    Beverly, MA 01915

Dated:   January 7, 2019            /s/ Amie Doak
                                    Amie Doak
                                    38 Simon Court, Apt. 1
                                    Old Town, ME 04468

**SO ORDERED.**

                                                /s/Lance E. Walker
                                                **LANCE E. WALKER**
                                                **U.S. DISTRICT JUDGE**

**Dated this 8th day of January, 2019.**